Charles W. Fawcett, ISB#1349
cfawcett@skinnerfawcett.com
Skinner Fawcett
515 South 6th Street, PO Box 700
Boise, ID 83701
Phone: (208) 345-2663
Facsimile: (208) 345-2668
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TINA M. BARRETT, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>BANNOCK COLLECTIONS, INC., an Idaho Corporation,<br><br>Defendant. | Case No. CIV05-344-E-BLW<br><br>NOTICE OF REMOVAL |

Please take notice that Defendant BANNOCK COLLECTIONS, INC. hereby removes this action from the District Court of the Sixth Judicial District of the State of Idaho for the County of Bannock to the United States District Court for the District of Idaho.

1. Defendant is a party in a civil action brought against it in the District Court for the Sixth Judicial District for the State of Idaho in and for the County of Bannock entitled: "TINA M. BARRETT, AN INDIVIDUAL, Plaintiff, v. BANNOCK COLLECTIONS, INC., an Idaho Corporation, Defendant, No. CV-05-738 OC." A copy of the summons and complaint in that

NOTICE OF REMOVAL - PAGE 1

that action are attached to this notice and constitute all process, pleadings, and orders served on Defendant in that action up to the present date.

2. The state court action was commenced when the complaint was filed with the county clerk for Bannock County, Idaho on February 17, 2005. A copy of the summons and complaint was served on August 10, 2005. Defendant has filed no pleadings in this cause. This notice of removal is filed within 30 days after service of process.

3. This is an action of civil nature over which this court has original jurisdiction pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq.

4. This notice is signed pursuant to FRCP 11.

Dated: August 24, 2005

SKINNER FAWCETT

/s/ _____
Charles W. Fawcett
Attorneys for Defendant

Brian J. Cheney
DIAL, MAY & RAMMELL, CHARTERED
216 West Whitman/P.O. Box 370
Pocatello, Idaho 83204-0370
208-233-0132/FAX 208-234-2961
State Bar No. 7058

IN THE DISTRICT COURT FOR THE SIXTH JUDICIAL DISTRICT
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

| | |
|---|---|
| TINA M. BARRETT, An Individual, | |
| Plaintiff, | CASE NO: CV-05-738 OC |
| vs. | AMENDED SUMMONS |
| BANNOCK COLLECTIONS, INC, An Idaho Corporation, | |
| Defendant. | |

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO: William R. Newbry, registered agent of Bannock Collections, Inc.

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above-designated court within 20 days after service of this Summons on you. If you fail to respond the Court may enter judgment against you as demanded by the Plaintiff in the Petition. A copy of the Petition is served with this Summons. If you wish to seek the advice or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho

TINA M. BARRETT v. BANNOCK COLLECTIONS, INC.: Amended Summons-Page 1

Rules of Civil Procedure and shall also include:

1. The title and number of this case;
2. If your response is an Answer or Reply, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim;
3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney;
4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of Court.

DATED this ___ day of August, 2005.

CLERK

By: _____
    Deputy Clerk

TINA M. BARRETT v. BANNOCK COLLECTIONS, INC.: Amended Summons-Page 2



Brian J. Cheney
Dial, May & Rammell, Chartered
216 West Whitman/P.O. Box 370
Pocatello, Idaho 83204-0370
208-233-0132/fax 208-234-2961
State Bar No. 7058

### IN THE DISTRICT COURT FOR THE SIXTH JUDICIAL DISTRICT
### FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

| | |
|---|---|
| TINA M. BARRETT, An Individual, <br><br> Plaintiff, <br><br> VS. <br><br> BANNOCK COLLECTIONS, INC, An Idaho Corporation, <br><br> Defendant. | CASE NO: CV-05-738 OC <br><br> **AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW the Defendant, Tina Barrett, and for a cause of action against the Defendant states and alleges as follows:

1. This Court has jurisdiction of this action under the laws of the State of Idaho and the United States of America including the Fair Debt Collection Practices Act 15 USC § 1692 *et seq.*("FDCPA"), which prohibits debt collectors in engaging in abusive, deceptive, and unfair practices, and the Idaho Consumer Protection Act, Idaho Code § 48-601 *et seq.*

2. Defendant, Tina Barrett ("Tina") is a resident of Bannock County, Idaho now and at the time set forth in the compliant lives at 1658 Rainer Drive, Pocatello, Idaho.

3. Tina has lived at this address for approximately 7 years.

AMENDED COMPLAINT                - 1 -

4. Defendant, Bannock Collections Inc. ("BCI") is an Idaho corporation doing business in Bannock County, Idaho and its offices are located at 755 N. Main Street, Pocatello, Idaho 83204.

5. Defendant is, a corporation engaged in trade or commerce as defined by the Idaho Consumer Protection Act and are subject to the provisions of the Idaho Consumer Protection Act.

6. On or about February 17, 2004 Bannock Collections, Inc served upon Dr. Michael Summers' office a Notice of Garnishment involving Court case number CVSC-01-00772.

7. A Writ of Execution of Small Claims Judgment and a Writ of Continuing Garnishment were obtained on the same case by BCI.

8. The Defendant in case CVSC-01-00772 was Tina M. Keaton f/k/a Tina M. Hall. In both the Clerks Default as well as the Judgment, the defendant was listed as Tina M. Keaton f/k/a Tina M. Hall at an address of 262 Washington, Pocatello, ID 83201. However, in the Writ of Execution as well as the Writ of Continuing Garnishment obtained by BCI, the defendant's name on those documents was changed to Tina M. Barrett aka Keaton-Hall.

9. BCI obtained a Writ of Execution as well as a Continuation of Garnishment to include a name that was not even present in the small claims filings.

10. Tina, through much effort, expense, and embarrassment, was finally able to persuade BCI that she was not the person named and that she did not owe the debt.

11. When BCI was notified by Tina that she was not the person named in the suit and that she did not owe the debt, BCI required Tina to provide all of the proof showing she was not the individual named.

12. BCI did not conduct a reasonable, independent investigation into the matter.

13. Upon information and belief it is alleged that BCI submitted to the Credit reporting agencies false information.

14. This false reporting of information caused serious damage to Tina's credit rating, which has cost her significant time and money to repair.

AMENDED COMPLAINT          - 2 -

15. When Tina initially contacted BCI, an employee at that agency was extremely rude, unhelpful, and even lied to her.

16. Even after establishing the fact that she is not the Tina Keaton-Hall named in the small claims judgment, Tina has continued to have problems with her credit, which was caused by BCI.

17. BCI instituted and/or continued civil proceedings against Tina without probable cause for the action.

18. BCI's wrongful actions include but are not limited to:
    a. Including a name in the Writ of Execution of Small Claims Judgment and a Writ of Continuing Garnishment that was not in the small claims filings;
    b. Naming Tina as a party to the dispute without due diligence to discover if she was the person who owed the debt;
    c. Forging documents;
    d. Committing and/or attempting to commit theft.

19. BCI committed abuse of process.

20. BCI negligently and/or intentionally inflicted emotional distress on Tina.

21. BCI was negligent, including negligent per se by violating criminal law, including but not limited to the laws against forgery (Idaho Code § 18-3601 et seq.) and theft (Idaho Code § 18-2401 et seq.).

22. BCI's negligence actually and proximately caused damages to Tina.

23. BCI defamed Tina.

WHEREFORE, Plaintiff requests judgment be entered against Defendant as follows:

    a. A declaratory judgment that Defendant's conduct violated the FDCPA

    b. Actual damages

    c. Statutory Damages pursuant to 15 USC § 1692-K

    d. Cost and attorney's fees pursuant to 15 USC § 1692-K and Idaho's Consumer Protection Act including § 48-608

AMENDED COMPLAINT     - 3 -

e.  It is believed that the amount of damages exceeds $10,000, an amount to be proven at trial.

f.  For such other and further relief as the Court deems just and proper under the circumstances.

DATED this 8th day of August 2005.

DIAL, MAY & RAMMELL, CHTD.

BRIAN J. CHENEY

COPY

Brian J. Cheney
DIAL, MAY & RAMMELL, CHARTERED
216 West Whitman/P.O. Box 370
Pocatello, Idaho 83204-0370
208-233-0132/FAX 208-234-2961
State Bar No. 7058

DON L. HARDING

IN THE DISTRICT COURT FOR THE SIXTH JUDICIAL DISTRICT
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

| | |
|---|---|
| TINA M. BARRETT, <br> An Individual, <br><br> Plaintiff, <br><br> vs. <br><br> BANNOCK COLLECTIONS, INC, <br> An Idaho Corporation, <br><br> Defendant. | CASE NO: CV-05-738 OC <br><br> SUMMONS |

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO:   Bannock Collections, Inc.

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above-designated court within 20 days after service of this Summons on you. If you fail to respond the Court may enter judgment against you as demanded by the Plaintiff in the Petition. A copy of the Petition is served with this Summons. If you wish to seek the advice or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho

TINA M. BARRETT v. BANNOCK COLLECTIONS, INC.: Summons-Page 1

Rules of Civil Procedure and shall also include:

1. The title and number of this case;
2. If your response is an Answer or Reply, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim;
3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney;
4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of Court.

DATED this 17 day of Feb, 2005

CLERK

By: *(signature)*
Deputy Clerk

TINA M. BARRETT v. BANNOCK COLLECTIONS, INC.: Summons-Page 2



2005 FEB 17 PM 4:27

Brian J. Cheney
DIAL, MAY & RAMMELL, CHARTERED
216 West Whitman/P.O. Box 370
Pocatello, Idaho 83204-0370
208-233-0132/FAX 208-234-2961
State Bar No. 7058

BY_____ DEPUTY CLERK

IN THE DISTRICT COURT FOR THE SIXTH JUDICIAL DISTRICT
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BANNOCK

| TINA M. BARRETT, An Individual, Plaintiff, vs. BANNOCK COLLECTIONS, INC, An Idaho Corporation, Defendant. | CASE NO: COMPLAINT AND DEMAND FOR JURY TRIAL |
|---|---|

COMES NOW the Defendant, Tina Barrett, and for a cause of action against the Defendant states and alleges as follows:

1. This Court has jurisdiction of this action under the laws of the State of Idaho and the United States of America including the Fair Debt Collection Practices Act 15 USC § 1692 et seq.("FDCPA"), which prohibits debt collectors in engaing in abusive, deceptive, and unfair practices, and the Idaho Consumer Protection Act, Idaho Code § 48-601 et seq.

2. Defendant, Tina Barrett ("Tina") is a resident of Bannock County Idaho now and at the time set forth in the compliant lives at 1658 Rainer Drive, Pocatello, Idaho.

3. Tina has lived at this address for approximately 7 years.

COMPLAINT                    - 1 -

4. Defendant, Bannock Collections Inc. ("BCI") is an Idaho corporation doing business in Bannock County, Idaho and its offices are located at 755 N. Main Street, Pocatello, Idaho 83204.

5. Defendant is, a corporation engaged in trade or commerce as defined by the Idaho Consumer Protection Act and are subject to the provisions of the Idaho Consumer Protection Act.

6. On or about February 17, 2004 Bannock Collections, Inc served upon Dr. Micheal Summers office a Notice of Garnishment involving Court case number CVSC-01-00772.

7. Writ of Execution of Small Claims Judgment and a Writ of Continuing Garnishment were obtained on the same case by BCI.

8. The Defendant in case CVSC-01-00772 was Tina M. Keaton. In the Writ of Execution as well as the Writ of Continuing Garnishment obtained by BCI, the defendants name on those documents was changed to Tina M. Barret aka Keaton-Hall.

9. The collection agency has obtained a Writ of Execution as well as a Continuation of Garnishment to include a name that was not even present in the original small claims filings.

10. Tina, through much effort, expense and embarrassment, was finally able to persuade BCI that she was not the person named and that she did not owe the debt.

11. When BCI was notified Tina was not the person who not owed the debt, they required Tina to provide all of the proof showing she was not the individual named.

12. They did not conduct a reasonable independent investigation.

13. Upon information and belief it is alleged that BCI submitted to the Credit reporting agencies false information.

14. This false reporting of information caused serious damage to Tina Barrett's credit rating, which has cause her significant time and money to repair.

15. When initially contacting BCI, an employee, at that agency was extremely rude, unhelpful and even lied to her.

COMPLAINT                           - 2 -

16. Even after establishing the fact that she is not the Tina Keaton-Hall named in the small claims judgment, Tina has continued to have problems with her credit, which was caused by BCI.

WHEREFORE, Plaintiff requests judgment be entered against Defendant as follows:

a. A declaratory judgment that Defendant's conduct violated the FDCPA
b. Actual damages
c. Statutory Damages pursuant to 15 USC § 1692-K
d. Cost and attorney's fees pursuant to 15 USC § 1692-K and Idaho's Consumer Protection Act including § 48-608
e. For such other and further relief as the Court deems just and proper under the circumstances.

DATED this 17th day of February 2005.

*[handwritten annotation:]* f. WE BELIEVE AMOUNT TO BE IN EXCESS OF $10,000.00, AMOUNT TO BE DETERMINED AT TIME OF TRIAL.

DIAL, MAY & RAMMELL, CHTD.

BRIAN F. CHENEY

COMPLAINT                        - 3 -

Charles W. Fawcett, ISB#1349
cfawcett@skinnerfawcett.com
Skinner Fawcett
515 South 6th Street, PO Box 700
Boise, ID 83701
Phone: (208) 345-2663
Facsimile: (208) 345-2668
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| TINA M. BARRETT, AN INDIVIDUAL, <br><br> Plaintiff, <br><br> vs. <br><br> BANNOCK COLLECTIONS, INC., an Idaho Corporation, <br><br> Defendant. | Case No. CIV05-344-E-BLW <br><br> DECLARATION OF SERVICE |

STATE OF IDAHO        )
                      )
County of Ada         )

The undersigned makes this Declaration on Defendant BANNOCK COLLECTIONS, INC.'S behalf.

I certify that I faxed a copy of the NOTICE OF REMOVAL, to Brian J. Cheney, Attorney at Law, Dial, May & Rammell, Chartered, 216 West Whitman, PO Box 370, Pocatello, ID 83204-0370, on August 24, 2005.

DECLARATION OF SERVICE        - 1 -

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct.

Dated this 24th day of August, 2005 at Boise, Idaho.

_____/s/_____
CHARLES W. FAWCETT

DECLARATION OF SERVICE      - 2 -