Jeffrey I. Hasson
Attorney at Law
12707 NE. Halsey Street
Portland, OR 97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Oregon State Bar No. 87241 (Admitted Pro Hac Vice)
Attorney for Defendant Bannock Collections, Inc.

Honorable B. Lynn Winmill

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| TINA M. BARRETT,<br><br>                    Plaintiff,<br><br>vs.<br><br>BANNOCK COLLECTIONS, INC., an Idaho Corporation,<br>                    Defendants. | Case No.: 05-344-E-BLW<br><br>JUDGMENT OF DISMISSAL (Stipulated) |

Based on the stipulation of the parties below, now, therefore, It Is Hereby

ORDERED AND ADJUDGED that the within entitled matter is dismissed with prejudice and without costs or attorney's fees to either party.

Dated _____

_____
JUDGE

IT IS SO MOVED AND STIPULATED:

DIAL, MAY & RAMMELL, Chartered

_____
Brian J. Cheney, ISB#7058
Attorney for Plaintiff

DAVENPORT & HASSON, LLP

_____
Jeffrey I. Hasson, OSB#87241
Attorney for Defendant
(Admitted Pro Hac Vice)

PAGE 2.     JUDGMENT OF DISMISSAL (Stipulated)
i:\6350\0002\p-dismissal.doc