IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TINA M. BARRETT, an Individual, ) | |
| ) | Case No. CV-5-344-E-BLW |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| BANNOCK COLLECTIONS, INC., ) | |
| an Idaho Corporation, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED with Prejudice, without costs or attorney's fees to either party.

DATED: **October 26, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment -- 1**